Case 4:25-cv-02714   Document 52   Filed on 11/20/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
November 20, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Denard McClairne, § | |
| § | |
| Plaintiff, § | |
| v. § | Civil Action No. H-25-2714 |
| § | |
| TransUnion Holding Company, Inc., et al., § | |
| § | |
| Defendants. § | |

## ORDER OF ADOPTION

Having reviewed the Magistrate Judge Dena Hanovice Palermo's Combined Memorandum and Recommendation and Order (docket no. 44) dated October 24, 2025, and no party having filed objections thereto, the Court is of the opinion that the Memorandum and Recommendation should be adopted by this Court.

Accordingly, it is **ORDERED** that the Magistrate Judge's Report and Recommendation (docket no. 44) is hereby **ADOPTED** by this Court.

It is further **ORDERED** that Plaintiff, Denard McClairne's Motion to Remand (docket no. 10) is **GRANTED** and this action is **REMANDED** to the 189th Judicial District Court of Harris County, Texas.

The Clerk will promptly provide a copy of this Order of Remand to the District Clerk of Harris County, Texas.

**SIGNED** at Houston, Texas, on this the 20th day of November, 2025

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE